*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Jose M Guardado

Debtor(s)

BK No. 1:15–bk–10610

Chapter 13

*ORDER GRANTING (doc# 12 )*
*Re: Motion to Vacate Dismissal filed by Debtor*

After consideration of the pleading(s), it is hereby **ORDERED** that the above entitled document (doc. # 12 ) is **GRANTED** .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **4/20/15**

Entered on Docket: **4/20/15**
Document Number: **15 – 11, 12**

145.jsp