**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Jose M Guardado

Debtor(s)

BK No. 1:15−bk−10610

Chapter 13

---

### ORDER SUSTAINING MOTION/APPLICATION (doc# 28 ) BY RULE OF COURT

Re: Objection to Proof of Claim filed by United Consumer Fin Svcs
filed by debtor

The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed.

THEREFORE, in accordance with R.I. LBR 9013−2(a),it is **ORDERED** that the Motion/Application (doc.# 28 ) is hereby SUSTAINED .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **9/14/15**

Entered on Docket: **9/14/15**
Document Number: **29 − 28**

101.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

Website: *www.rib.uscourts.gov*